# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

February 4, 2022

**VIA ECF**
Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Sarsvatkumar Patel v. Long Island University*
              17-cv-02170 (NGG)(SJB)

Dear Judge Bulsara:

      This firm represents Defendant Long Island University in the above-referenced action. I write on behalf of counsel for the parties to provide a status report concerning this action. As Your Honor is aware, the parties reached a settlement in principle at the December 21, 2021 settlement conference before Your Honor. I was recently advised by Plaintiff's counsel that the parties' settlement is no longer acceptable to Plaintiff and, as such, no stipulation of dismissal can be filed. Please advise if Your Honor wishes to speak with counsel with or without their clients concerning this new development.

      Thank you for Your Honor's attention to this matter.

                                  Respectfully Submitted,

                                  CLIFTON BUDD & DeMARIA, LLP
                                  *Attorneys for Defendant*

                  By:    _____
                                  Douglas P. Catalano
                                  Stefanie R. Toren

cc:    Joshua Beldner, Esq.