# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

February 10, 2022

**<u>VIA ECF</u>**
Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Sarsvatkumar Patel v. Long Island University*
      17-cv-02170 (NGG)(SJB)

Dear Judge Bulsara:

  This firm represents Defendant Long Island University in the above-referenced action. Counsel for the parties received Your Honor's February 8, 2022 Order which set deadlines for the parties to take the first step in dispositive motion practice and to file the joint pre-trial order. To the extent that Your Honor was not aware, we write to advise the Court that Defendant previously moved for summary judgment on February 7, 2019, which was denied by the Court on February 21, 2020. (Dkt. 35, 52). The parties also filed their joint pre-trial order with the Court on August 9, 2018. (Dkt. 28).

  Thank you for Your Honor's attention to this matter.

      Respectfully Submitted,

      CLIFTON BUDD & DeMARIA, LLP
      *Attorneys for Defendant*

      *Stefanie Toren*

  By: _____
      Douglas P. Catalano
      Stefanie R. Toren

cc: Joshua Beldner, Esq.