UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
SARSVATKUMAR PATEL,                           :     Civil Action No. 17-cv-02170 (NGG)(SJB)
:
Plaintiff,           :     **NOTICE OF MOTION TO ENFORCE**
:     **THE SETTLEMENT AGREEMENT**
-against-                 :
:
LONG ISLAND UNIVERSITY,                       :
:
Defendant.         :
------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to the Court's inherent authority to enforce settlement agreements, Defendant Long Island University moves this Court for an Order enforcing the settlement agreement reached by the parties, and awarding such other and further relief as the Court deems just and proper.

Dated: February 10, 2023
       New York, New York

 

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant*

By: _____*Stefanie Toren*_____
Douglas Catalano
Stefanie Toren
The Empire State Building
350 Fifth Avenue, 61st floor
New York, New York 10118
(212) 687-7410
dpcatalano@cbdm.com
srtoren@cbdm.com